# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 18, 2015

## NO. 03-14-00636-CV

**Shaine Carl Cagle, Appellant**

**v.**

**Donna Gail Andrews, Appellee**

**APPEAL FROM COUNTY COURT AT LAW OF BURNET COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD**
**AFFIRMED -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the decree signed by the trial court on July 11, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's decree. Therefore, the Court affirms the trial court's decree. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.